437 A.2d 1037

Jones v. Jones, Appellant.
Petition for Allowance of Appeal Denied Dec. 18, 1981.

622

Argued September 9, 1981. Neil Hurowitz, for appellant; Wallace A. Murray, Jr., for appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

The order of the lower court is hereby affirmed.